UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LEVAN TETELOSHIVILI,

    Petitioner,

    v.

MICHAEL KUNES, Warden of the
Clinton County Correctional
Facility, et al.,

    Respondents.

CIVIL ACTION NO. 3:26-cv-00314

(SAPORITO, J.)

## ORDER

On February 8, 2026, the petitioner, appearing through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. The petitioner alleges that he is being unlawfully detained in immigration custody, ostensibly pursuant to 8 U.S.C. § 1225(b)(2). For relief, the petitioner seeks his immediate release from custody.[1]

On March 2, 2026, the petitioner filed the instant motion for a temporary restraining order ("TRO"), together with a brief in support and a proposed order. Doc. 3; Doc. 4; Doc. 5; Doc. 6. The respondent has not yet been served with original process, nor has he entered an appearance

---

[1] The petitioner contends that he is not properly detained under § 1225(b)(2), and that he may only be detained under § 1226(a).

in this matter.

In his motion for a TRO, the petitioner requests an order directing the respondent to immediately release him from custodial detention pending adjudication of his habeas petition, or, in the alternative, directing the government provide him with an individualized bond hearing before an immigration judge.

Although the motion purports to seek an ex parte temporary restraining order, it does not seek merely to preserve the status quo. Rather, it requests mandatory relief—an order directing the respondent to take the affirmative step of releasing him from immigration custody or to provide him with an individualized bond hearing—which we simply cannot grant ex parte. Moreover, the petitioner has failed to comply with the procedural requirements for a TRO set forth in Fed. R. Civ. P. 65(b)(1).

Accordingly, **IT IS HEREBY ORDERED THAT** the petitioner's motion for a temporary restraining order (Doc. 3) is **DENIED**.


Dated: March 4, 2026                    *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge


- 2 -